IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action |
| | ) | No. 24-mj-2042DPR |
| JETAUWN GRIFFIN | ) | |
| Defendant. | ) | |

## ORDER APPOINTING COUNSEL

IT IS ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by Order of the United States District Court for the Western District of Missouri.

*/s/ David P. Rush*
DAVID P. RUSH
United States Magistrate Judge

Date: May 15, 2024