IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 24-mj-2042DPR |
| JETAUWN GRIFFIN, ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Comes now Steven R. Berry, Assistant Federal Public Defender, and hereby enters his appearance as counsel on behalf of Defendant, Jetauwn Griffin, in the above-entitled cause of action.

Respectfully submitted,

*/s/ Steven R. Berry*
**STEVEN R. BERRY, #48586**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Steven R. Berry*
**STEVEN R. BERRY**